**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID SCOTT CURTIS, | ) | NO. ED CV 11-356-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DICKINSON, KATHLEEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (a) Petitioner's challenge to the application of "Marsy's Law" to Petitioner is dismissed without prejudice; and (b) all of Petitioner's other claims are denied and dismissed with prejudice.

DATED: July 19, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE